FILED
CLERK, U.S. DISTRICT COURT

JAN 1 4 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:21-MJ-00048 |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| EILEEN AMADOR, | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

1   any other person or the community if released under 18 U.S.C. § 3142(b) or

2   (c).

3   These findings are based on: *nature of current allegations which includes failure*

4   *to comply with terms of supervised release due to drug use; recent charge for driving*

5   *under the influence; and nature of previous criminal history.*

6   IT THEREFORE IS ORDERED that the defendant be detained pending the

7   preliminary hearing and/or final revocation proceedings in the charging district.

8

9   Dated: __1/14/22__

    HONORABLE AUTUMN D. SPAETH
10  United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

2